UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS,

    Petitioner,

v.

STATE OF WASHINGTON,

    Respondent.

CASE NO. 2:21-CV-835-JLR-DWC

REPORT AND RECOMMENDATION

Noting Date: July 30, 2021

    Petitioner John Demos, a bar-order litigant, has filed an application to proceed *in forma pauperis* with a proposed 28 U.S.C. § 2241 habeas petition. Dkt. 1. Although Petitioner purports to proceed under § 2241, his petition challenges his state court conviction and therefore the proper basis for his habeas relief is 28 U.S.C. § 2254. An Order of this Court provides for the return without filing of any petition by Petitioner that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253, or 2254, unless accompanied by the filing fee. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997).

    As Petitioner has submitted no filing fee, the Court recommends that, pursuant to the Court's Order of March 13, 1997, the Clerk be directed to administratively close this matter.

REPORT AND RECOMMENDATION - 1

1  Moreover, Petitioner may not proceed with a second or successive habeas petition here unless
2  and until the Ninth Circuit authorizes its filing. *See* 28 U.S.C. § 2244(b)(3)(A).
3         Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
4  fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.
5  6. Failure to file objections will result in a waiver of those objections for purposes of de novo
6  review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit
7  imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on July
8  30, 2021 as noted in the caption.
9         Dated this 12th day of July, 2021.

David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2