UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERTS DEMOS, JR., | CASE NO. C21-0835JLR |
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| STATE OF WASHINGTON, | |
| Respondent. | |

This matter comes before the court on the Report and Recommendation of United States Magistrate Judge David W. Christel. (R&R (Dkt. # 2).) Petitioner John Roberts Demos, Jr. has not submitted any objections but has filed a "Motion for Expedited Review" that the court will liberally construe as objections. (*See* Mot. (Dkt. # 3).) Having carefully reviewed the foregoing, all other relevant documents, and the governing law, the court ADOPTS the Report and Recommendation (Dkt. # 2) and DIRECTS the Clerk to administratively close this matter, as Mr. Demos has submitted no filing fee.

//

ORDER - 1

1   A district court has jurisdiction to review a Magistrate Judge's report and
2   recommendation on dispositive matters. Fed. R. Civ. P. 72(b). "The district judge must
3   determine de novo any part of the magistrate judge's disposition that has been properly
4   objected to." *Id.* Magistrate Judge Christel recommends dismissal of Mr. Demos's 28
5   U.S.C. § 2241 habeas petition and denial of a certificate of appealability. (R&R at 1-2.)
6   Mr. Demos contends that "Washington is not a state, and never has been, therefore, [he]
7   should be allowed to proceed." (Mot. at 2.)

8   The court has independently reviewed Mr. Demos's arguments and agrees with
9   Magistrate Judge Christel's analysis and conclusions stated in the Report and
10  Recommendation. Accordingly, the court ADOPTS the Report and Recommendation in
11  its entirety. Because Mr. Demos has not submitted a filing fee, the court DIRECTS the
12  Clerk to administratively close this matter. Moreover, Mr. Demos may not proceed with
13  a second or successive habeas petition here unless and until the Ninth Circuit authorizes
14  its filing. *See* 28 U.S.C. § 2244(b)(3)(A). The court further DENIES a certificate of
15  appealability. Finally, the court DIRECTS the Clerk to send copies of this order to the
16  parties and to Magistrate Judge Christel.

17  Dated this 30th day of July, 2021.

JAMES L. ROBART
United States District Judge